**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**BRANDI BOYER,**

    **Plaintiff,**　　　　　　　　　　Case No. :  8:16-cv-01418-MSS-JSS

**v.**

**PEOPLESCOUT, LLC and**
**TRUEBLUE, INC.,**

    **Defendant.**
_____/

## PLAINTIFF'S NOTICE OF RESOLUTION

Pursuant to Local Rule 3.08(a) Plaintiff, BRANDI BOYER, by and through undersigned counsel, hereby notifies the Court that the above-styled action against Defendant, PEOPLESCOUT, LLC and TRUEBLUE, INC., has been resolved.

Dated this 22nd day of February, 2017.

    Respectfully submitted,

    /s/ Christopher J. Saba
    **CHRISTOPHER J. SABA**
    Florida Bar Number: 0092016
    Direct No. 813-321-4086
    **WENZEL FENTON CABASSA, P.A.**
    1110 North Florida Avenue
    Suite 300
    Tampa, Florida 33602
    Main No.: 813-224-0431
    Facsimile: 813-229-8712
    E-mail: csaba@wfclaw.com
    E-mail: tsoriano@wfclaw.com
    **Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 22nd day of February, 2017, the foregoing was electronically filed with the Clerk of the Court via the CM/ECF system, which will send a notice of electronic filing to:

Kevin W. Shaughnessy
Ashley M. Schachter
Baker & Hostetler LLP
200 South Orange Avenue
SunTrust Center, Suite 2300
Orlando, FL 32802-0112
E-mail: kshaughnessy@bakerlaw.com
E-mail: aschachter@bakerlaw.com

                                                      /s/ Christopher J. Saba
                                                      **CHRISTOPHER J. SABA**