UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**BRANDI BOYER,**

    **Plaintiff,**

v.                                          Case No: 8:16-cv-1418-T-35JSS

**PEOPLESCOUT, LLC and TRUEBLUE, INC.,**

    **Defendants.**
_____/

**ORDER**

    On February 22, 2017, Plaintiff filed a Notice informing the Court that the Parties have reached a resolution in this case. (Dkt. 19) Therefore, it is hereby **ORDERED** that pursuant to Rule 3.08(b) of the Local Rules of the United States District Court for the Middle District of Florida, this case is **STAYED** for sixty (60) calendar days from the date of this Order to allow the Parties to file either a Joint Stipulation of Dismissal or a Joint Motion to Approve Proposed FLSA Settlement Agreement. See Lynn's Food Stores, Inc. v. U.S., 679 F.2d 1350, 1353 (11th Cir. 1982). If Plaintiff's claims were resolved without compromise, a joint motion to approve proposed FLSA settlement is unnecessary. Bonetti v. Embarq Management Co., 715 F. Supp.2d 1222, 1227 n. 7 (M.D. Fla. 2009). Instead, the Parties are directed to file a notice of dismissal indicating that the claims have been resolved without compromise.

    **DONE** and **ORDERED** in Tampa, Florida, this 2nd day of March, 2017.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person